393 A.2d 1296

Quinet et al. v. Facchiano, Appellant.

Argued April 13, 1978. J. Nickoloff, with him Samuel R. Sciullo, for appellant; Roy J. Roscoe, for appellees.

Order affirmed.

393 A.2d 1297

Richman et vir., Appellants, v. J. C. Penney Company, Inc., et al.

Argued April 13, 1978. Frank A. Conte, for appellants; Frederick N. Egler, with him Richard H. Albert, for appellees.

Order affirmed.

JACOBS, P. J., and SPAETH, J., would quash the appeal.